No. 02–10334.   S. C. ET VIR v. W. F. S. ET AL.   Sup. Ct. Miss. Certiorari denied.

No. 02–10338.   CROWDER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 02–10339.   DUNLAP v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS.   C. A. 7th Cir.   Certiorari denied.

No. 02–10343.   JONES v. MENDEZ, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 02–10346.   HERNANDEZ, AKA HERNANDEZ LLANAS v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 02–10349.   SCOTT v. 183RD DISTRICT COURT, HARRIS COUNTY, TEXAS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 02–10351.   BOWLING v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 02–10352.   SHIELDS v. LEWIS, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 02–10366.   KRONCKE v. SALDATE ET AL.   C. A. 9th Cir. Certiorari denied.

No. 02–10369.   PANNELL v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON.   C. A. 7th Cir.   Certiorari denied.

No. 02–10379.   DOORBAL v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 02–10382.   PATRICK v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 02–10389.   DEFOY v. MCCULLOUGH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. C. A. 3d Cir.   Certiorari denied.